

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,353

**EX PARTE NESTOR GARZA, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2005-CR-2067-E IN THE 357TH DISTRICT COURT FROM CAMERON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to seventy-five years' imprisonment.

Applicant contends that he was denied the right to appeal because notice of appeal was not timely filed. We remanded this application to the trial court for findings of fact and conclusions of law.

The trial court has determined that Applicant was denied the right to appeal because trial counsel, who requested appellate counsel be appointed at the conclusion of trial, did not file notice

of appeal and appellate counsel was not appointed until after the time for filing notice of appeal had already passed. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Case No. 2005-CR-2067-E from the 357th Judicial District Court of Cameron County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: May 19, 2010
Do Not Publish